UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILED
RECEIVED
2009 MAY -8 PM 2:57
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 2:09-cr-25-FtM-99SPC

TRAVIS BURTON

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: ANY UNITED STATES MARSHAL; and

WARDEN, Lee County Jail

It appearing from the petition of the United States of America that the defendant in the above case, Travis Burton, is confined in the Lee County Jail at 2501 Ortiz Avenue, Fort Myers, Florida, and that this case is to be set for an initial appearance hearing as to said defendant, and that it is necessary for the said defendant to appear before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Travis Burton now detained in custody as aforesaid, under safe and secure conduct, before this Court to answer to criminal charges pending against him in this cause.

And this is to command you, Lee County Jail, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

DONE AND ORDERED at Fort Myers, Florida, this 8th day of May, 2009.

Sheri Polster Chappell
United States Magistrate Judge